## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAIROS SOCIETY PBC, INC., <br><br> Plaintiff, <br><br> v. <br><br> KAIROS VENTURE INVESTMENTS, LLC, <br><br> Defendant. | Civil Action No. 1:18-cv-9636-LGS <br><br> Hon. Lorna G. Schofield <br><br> **MOTION FOR ADMISSION *PRO HAC VICE*** |

Pursuant to Local Rule 1.3 of the United States District Court for the Southern District of New York, Justin Thiele hereby moves this Court for an Order of Admission to practice *pro hac vice* and appear as counsel for Kairos Venture Investments, LLC ("Defendant") in the above-captioned action.

I am a member in good standing of the Bar of the State of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. Attached to this Motion is a Declaration and Certificate of Good Standing, pursuant to Local Rule 1.3. Pursuant to this Court's Individual Rule III.C.1, counsel for Plaintiff has no opposition to this motion.

                                              Respectfully submitted,

                                               */s/ Justin Thiele*
                                              Justin Thiele (pending *pro hac vice*)
                                              GLASER WEIL FINK HOWARD
                                                AVCHEN & SHAPIRO LLP
                                              10250 Constellation Blvd., 19th Flr.
                                              Los Angeles, California 90067
                                              Phone: 310-553-3000   Fax: 310-556-2920
                                              jthiele@glaserweil.com

                                              *Attorney for Defendant and Counterclaim*
                                              *Plaintiff Kairos Venture Investments, LLC*

1569187.1

DATED: December 11, 2018