# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAIROS SOCIETY PBC, INC., <br><br> Plaintiff, <br><br> v. <br><br> KAIROS VENTURE INVESTMENTS, LLC, <br><br> Defendant. | Civil Action No. 1:18-cv-9636-LGS <br><br> Hon. Lorna G. Schofield <br><br> **DECLARATION OF JUSTIN THIELE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Justin Thiele, declare and state as follows:

1. I am an attorney at law duly licensed to practice before all courts of the State of California, and am an associate at the law firm of Glaser Weil Fink Howard Avchen & Shapiro, LLP, attorneys for Defendant Kairos Venture Investments, LLC ("Defendant"). I submit this Declaration in support of my Motion for Admission *Pro Hac Vice*. I make this Declaration on my personal and firsthand knowledge, and, if called and sworn as a witness, I could and would competently testify hereto.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are no disciplinary proceedings presently pending against me.

5. Attached hereto is a Certificate of Good Standing from the State Bar of California.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing facts are true and correct.

Executed on December 11, 2018, at Los Angeles, California.

1569189.1

    */s/ Justin Thiele*
Justin Thiele (pending *pro hac vice*)
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Blvd., 19th Flr.
Los Angeles, California 90067
Phone: 310-553-3000   Fax: 310-556-2920
jthiele@glaserweil.com

*Attorney for Defendant and Counterclaim Plaintiff Kairos Venture Investments, LLC*

DATED: December 11, 2018

1569189.1



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

### CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *JUSTIN PATRICK THIELE*

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that **JUSTIN PATRICK THIELE, #311787,** was on the **2nd day of DECEMBER, 2016,** duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the **10th day of December 2018**.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
Fransico Coello, Deputy Clerk