UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAIROS SOCIETY PBC, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>KAIROS VENTURE INVESTMENTS, LLC,<br><br>                    Defendant. | Civil Action No. 1:18-cv-9636-LGS<br><br>**ORDER FOR ADMISSION *PRO HAC VICE*** |

The motion of Justin Thiele ("Applicant") for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of the State of California, and that his contact information is as follows:

Justin Thiele

GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP

10250 Constellation Blvd., 19th Flr.

Los Angeles, California 90067

Phone: 310-553-3000

jthiele@glaserweil.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel of record for Defendant Kairos Venture Investments, LLC ("Defendant") in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of the United States

Courts for the Southern and Eastern Districts of New York, including the rules governing discipline of attorneys.

Dated: _____, 2018        _____
                                                                        United States District Judge